**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80065-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ODAINE LOWELYN STEWART**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 80]. On July 7, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 80]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 80] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Odaine Lowelyn Stewart as to Count Eleven of the Indictment is **ACCEPTED**;

3. Defendant Odaine Lowelyn Stewart is adjudicated guilty of Count Eleven of the Indictment, which charges him with attempted reentry after deportation for an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

CASE NO. 21-80065-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of July 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record